## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| **EDDIE L. SAIZ** | § | **CIVIL ACTION NO.:** |
| *Plaintiff*, | § | |
| | § | |
| **VERSUS** | § | **1:22-CV-1827** |
| | § | |
| | § | |
| **GENERAL MOTORS LLC** | § | **JUDGE ROBERT E.** |
| *Defendants.* | § | **BLACKBURN** |
| | § | |
| | § | **MAG. SCOTT T. VARHOLAK** |

### PLAINTIFF'S NOTICE OF RULE 41(a)(1)(A)(i)
### VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Eddie Saiz, who pursuant to R.R.C.P. Rule 41, hereby dismisses with prejudice his claims against General Motors, LLC.

The Defendant, General Motors, LLC has not filed an answer in these proceedings and thus Plaintiff respectfully requests that an order issue granting the relief sought herein.

Respectfully submitted,

/s/ Kevin R. Duck
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050

**DUCK LAW FIRM, LLC** (Colorado office)
1001 Bannock Street
Denver, Colorado 80205
Telephone: (877) 902-1144
**Attorney-in-Charge for Plaintiff,**
**EDDIE L. SAIZ**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

*/s/ Kevin R. Duck*
KEVIN R. DUCK
